UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

SANDY BOSMAN,

                    Plaintiff,

                    24 Civ. 4254 (JPC)

      -v-

                    ORDER OF SERVICE

DENIS R. MCDONOUGH, Secretary of the Dept. of
Veterans Affairs, and MERIT SYSTEM PROTECTION
BOARD,

                    Defendants.

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, brings this action for employment discrimination, in violation of 42 U.S.C. § 1981, and Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e to 2000e-17. *See* Dkt. 1. On June 6, 2024, the Court granted Plaintiff's request to proceed *in forma pauperis*. Dkt. 5.

    To allow Plaintiff to effect service on Defendant Denis R. McDonough, Secretary of the U.S. Department of Veterans Affairs, and Defendant U.S. Merit Systems Protection Board (MSPB) through the U.S. Marshals Service, the Clerk of Court is respectfully instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant. The Clerk of Court is further instructed to: (1) mark the box on the USM-285 form labeled "Check for service on U.S.A."; and (2) issue a summons and deliver to the Marshals Service a copy of this order and all other paperwork necessary for the Marshals Service to effect service on the United States. The service addresses for Defendants are as follows:

1.     Denis R. McDonough
   Secretary of the U.S. Department of Veterans Affairs
   810 Vermont Ave., NW
   Washington, DC 20420

        Attorney General of the United States
        United States Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, D.C. 20530-0001

        United States Attorney
        Southern District of New York
        Civil Division
        86 Chambers Street, 3rd Floor
        New York, New York 10007

2.       U.S. Merit Systems Protection Board
        1615 M Street, NW
        Washington, DC 20419

        Attorney General of the United States
        United States Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, D.C. 20530-0001

        United States Attorney
        Southern District of New York
        Civil Division
        86 Chambers Street, 3rd Floor
        New York, New York 10007

Lastly, the Clerk of Court is directed to mail an information package to Plaintiff. It is Plaintiff's responsibility to ensure that service is made within ninety days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if Plaintiff's address changes. The Court may dismiss the action if Plaintiff fails to do so.

    SO ORDERED.

Dated: June 10, 2024
       New York, New York                                JOHN P. CRONAN
                                                          United States District Judge